AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 23, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LELAN GOOD, <br> *Plaintiff* <br> v. <br> EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE BANK (USA) NA, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 1:25-CV-03032-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No. 23, this action is DISMISSED as to Defendant Capital One Bank (USA) NA with prejudice pursuant to Rule 41(a) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Rebecca L. Pennell .

Date: 6/23/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza