FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAN GOOD,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE BANK (USA) NA,<br><br>  Defendants. | NO: 1:25-CV-03032-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC |

BEFORE THE COURT is a Notice of Voluntary Dismissal submitted by Plaintiff as to Defendant Equifax Information Services LLC. ECF No. 26. Plaintiff may voluntarily dismiss this case without court order under FRCP Rule 41(a)(1)(A)(1) because Equifax Information Services LLC has not filed an answer or a motion for summary judgment. Generally, "the dismissal is without prejudice." FRCP 41(a)(1)(B). Here, however, Plaintiff's notice seeks dismissal with prejudice. ECF No. 26.

ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ~ 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Plaintiff's Notice and Rule 41(a) (1)(A)(i), this action is **DISMISSED** as to Equifax Information Services, LLC, with prejudice and without additional fees or costs.

2. All deadlines and hearings with respect to Equifax Information Services, LLC, are **VACATED**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and CLOSE the file.

**DATED** July 31, 2025.

REBECCA L. PENNELL
United States District Judge